# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                    April 4, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV8666(KMK)(LMS)

Janice Tedesco
211 WeberHill Road
P.O. Box 1574
Carmel, NY 10512

Lisa R. Norman
Littler Mendelson
885 Third Avenue
New York, NY 10022

The matter of **TEDESCO-V-FLIK-**   has been  **re- scheduled**

for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from    4/18/08    to    ***May 9, 2008 at 11:00AM***

### NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                 April 4, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV8666(KMK)(LMS)

Janice Tedesco
211 WeberHill Road
P.O. Box 1574
Carmel, NY 10512

Lisa R. Norman
Littler Mendelson
885 Third Avenue
New York, NY 10022

The matter of    **TEDESCO-V-FLIK-**    has been   **re- scheduled**

for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from    4/18/08      to      *May 9, 2008 at 11:00AM*

### NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                April 4, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV8666(KMK)(LMS)

Janice Tedesco
211 WeberHill Road
P.O. Box 1574
Carmel, NY 10512

Lisa R. Norman
Littler Mendelson
885 Third Avenue
New York, NY 10022

The matter of  **TEDESCO-V-FLIK-**   has been  **re- scheduled**

for *settlement*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from    4/18/08      to    *May 9, 2008 at 11:00AM*

## NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.