UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
JANICE TEDESCO on behalf of
STEPHANIE LYNN PUGLIESE       :     CIVIL ACTION

              Plaintiff(s),   :     DOCKET NO. 07 CIV. 8666

      -against-               :

FLIK INT'L CORP               :     ORDER OF DISCONTINUANCE

              Defendant(s).   :
- - - - - - - - - - - - - - - - - -X

   This action having been called before the Court for trial and the attorneys for all parties having appeared and advised the Court that all claims asserted herein have been settled as set forth in the transcript of hearing this date, it is

   ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to any party, with leave to re-open on notice solely to enforce the settlement.

Dated:  White Plains, New York
        May 13, 2008

                                        _____
                                              USDJ

I hereby consent to the entry of this proposed order:

_____                   _____
Attorney for Plaintiff(s)               Attorney for Defendant(s)
                                        Littler Mendelson, by Andrew Mullin

Note:  Consent should be signed by the responsible Attorney for
       each party and not a firm name only.